**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **ERIC LEE PROCTOR,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. CIV-23-602-G** |
| | ) |
| **GRADY COUNTY, OKLAHOMA, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## **ORDER**

Plaintiff Eric Lee Proctor, a state prisoner appearing pro se, initiated this federal

civil rights action on July 12, 2023.  In accordance with 28 U.S.C. § 636(b)(1), the matter

was referred to Magistrate Judge Amanda Maxfield Green for preliminary review.

On August 2, 2024, Judge Green issued a Report and Recommendation ("R. & R.,"

Doc. No. 14) recommending that Plaintiff's claims be dismissed on screening pursuant to

28 U.S.C. § 1915A.  Plaintiff has filed an Objection to the R. & R.  *See* Doc. No. 15.

Pursuant to controlling authority, the Court reviews de novo the portions of the R. & R. to

which specific objections have been made.  *See United States v. 2121 E. 30th St.*, 73 F.3d

1057, 1060 (10th Cir. 1996); 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Plaintiff's Objection simply reurges the merit of his legal claims and the alleged

importance of the issues raised in his complaint.  *See* Pl.'s Obj. at 2-3.  Nothing therein

evinces any error in Judge Green's findings or in her conclusion that none of the identified

defendants may properly be held liable under 42 U.S.C. § 1983 or *Bivens*. *See* R. & R. at

6-8. Accordingly, Plaintiff's Objection is overruled.[1]

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 14) is ADOPTED in its

entirety. This action is DISMISSED without prejudice.

A separate judgment shall be entered.

IT IS SO ORDERED this 23rd day of August, 2024.

_____
CHARLES B. GOODWIN
United States District Judge

---

[1] Plaintiff alternatively requests that he be permitted to amend his pleading, *see* Pl.'s Obj. at 1. Even liberally construed, Plaintiff fails to offer a basis to find that amendment would resolve the cited deficiencies. *Cf.* LCvR 15.1 (requiring that the proposed pleading be submitted with a motion to amend).